IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

JANE DOE,
*By and through Next Friend Mother Doe,*

    Plaintiff,

v.

HAYTI R-II SCHOOL DISTRICT, et al.

    Defendants.

Case No.: 1:25-CV-126

**JURY TRIAL DEMANDED**

**MOTION FOR LEAVE TO PROCEED USING PSEUDONYMS IN LIEU OF PLAINTIFF'S FULL NAME & PLAINTIFF'S NEXT FRIEND'S FULL NAME**

Comes Now Plaintiff, by and through counsel, and moves this Honorable Court for leave to proceed using pseudonyms instead of Plaintiff's full name and Plaintiff's Next Friend's full name, and in support thereof states:

1. This action was filed based upon child sex offenses and/or criminal offenses that were committed against Plaintiff.

2. As a crime victim and child sex crime victim, Plaintiff is entitled to privacy and protection of her personal information. See 18 U.S.C. 3771; Art. I, Sec. 32 of the Missouri Constitution; RSMo. 595.201; and RSMo. 595.209. See also E.D. Mo. L.R. 2.17(2).

3. Defendants are aware of Plaintiff's identity and will not be prejudiced by Plaintiff proceeding using a pseudonym.

4. Plaintiff requests to use the pseudonym "Jane One".

5. Additionally, Plaintiff requests that her Next Friend (her mother) be permitted to proceed under pseudonym "Mother Doe". While Plaintiff's mother is a victim's

immediate family member, by requiring disclosure of Plaintiff's mother's name, it would invariably lead to the disclosure of Plaintiff's name.

6. Plaintiff prays this Court issue an order granting her motion for leave to proceed using pseudonyms in lieu of Plaintiff's full name and Plaintiff's Next Friend's full name and issue an order prohibiting all parties from identifying Plaintiff and/or her Next Friend in filings by anything other than "Jane Doe" and "Mother Doe" respectively.

Wherefore, Plaintiff prays this Honorable Court grant her motion for leave to proceed using pseudonyms in lieu of Plaintiff's full name and Plaintiff's Next Friend's full name, and for any further relief this Court deems just and proper.

*Respectfully Submitted,*

*THE O'BRIEN LAW FIRM, PC*

BY: /S/ Grant C. Boyd
Grant C. Boyd #67362
The O'Brien Law Firm
815 Geyer Ave
St. Louis, MO  63104
(314) 588-0558
(314) 588-0634 FAX
boyd@obrienlawfirm.com

*Attorneys for Plaintiff*