UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JANE DOE, by and through Next Friend Mother Doe, <br><br> Plaintiff, <br><br> v. <br><br> HAYTI R-II SCHOOL DISTRICT and MAURICE FARR, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 1:25-cv-00126-SNLJ |

**AMENDED MEMORANDUM AND ORDER**

This matter is before the Court on plaintiff Jane Doe, by and through next friend Mother Doe's, Motion for Default Judgment against defendant Maurice Farr [Doc. 18]. Despite being served, defendant Farr, in his individual capacity, failed to appear or file a responsive pleading. As a result, a Clerk's Entry of Default was entered against defendant Farr on September 18, 2025 [Doc. 14]. On September 29, 2025, plaintiff filed a request for a default judgment and asked that a hearing be set to determine the amount of damages or the amount of damages be submitted to a jury pursuant to Federal Rule of Civil Procedure 55(b)(2)(B) [Doc. 18].

Upon consideration of the record in this case and plaintiff's motion for default judgment [Doc. 18], this Court will grant the motion for default against defendant Farr, in his individual capacity, and will reserve the amount of damages to be entered upon plaintiff's submission of affidavits, declarations, and other relevant documentary

evidence of damages. Although in default, defendant Farr may respond to plaintiff's future submissions with respect to the amount of damages.

At present, the Court does not intend to exercise its discretion to conduct an evidentiary hearing or take oral testimony. Instead, the Court intends to decide the motion based solely on the written evidentiary submissions provided by Plaintiff at a later date, and any response from defendant Farr. *See Stephenson v. El-Batrawi*, 524 F.3d 907, 916 (8th Cir. 2008) ("The need for a hearing is within the sound discretion of the district court under Fed. R. Civ. P. 55(b)(2)(B).").

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Jane Doe, by and through next friend Mother Doe's, Motion for Entry of Default Judgment against defendant Maurice Farr, in his individual capacity, [Doc. 18] is **GRANTED**.

**IT IS FURTHER ORDERED** that the amount of damages will be reserved pending submission by plaintiff of affidavits, declarations, and other relevant documentary evidence of damages.

**SO ORDERED** this 2nd day of October, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE